

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

September 7, 2021

> The request for an extension of 90 days to respond to the complaint is granted. Defendants shall respond by December 14, 2021.
> The initial conference presently scheduled for September 10, 2021 is adjourned to January 7, 2022 at 10:00 a.m.
> SO ORDERED
> /s/ Alvin K. Hellerstein
> September 9, 2021

VIA ECF
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    *Li v. Renaud*, No. 21 Civ. 6001 (AKH)

Dear Judge Hellerstein:

    This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Refugee/Asylee Relative Petitions (Forms I-730) and Application to Register Permanent Residence or to Adjust Status (Form I-485). On behalf of the government, I write respectfully to request an on-consent extension of time of ninety days to respond to the complaint (*i.e.*, from September 15 to December 14, 2021). I also respectfully request that the initial conference presently scheduled for September 10 be adjourned to December 21, 2021 or thereafter.

    The extension and adjournment are respectfully requested because USCIS has scheduled an interview regarding the Forms I-730 and is still determining next steps and the timeframe therefor with respect to the Form I-485. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. The plaintiff consents to these requests.

    I thank the Court for its consideration of this letter.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By:   *s/ Michael J. Byars*
      MICHAEL J. BYARS
      Assistant United States Attorney
      Telephone: (212) 637-2793
      Facsimile: (212) 637-2786
      E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)